UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    WILLIE LEE STANLEY,

                            Plaintiff,          14-CV-9232 (JPO)

           -v-                        ORDER ADOPTING
                                                 REPORT AND
    C.O. LINDSAY, *et al.*,                      RECOMMENDATION

                            Defendants.
------------------------------------------------------------X

J. PAUL OETKEN, District Judge:

        On March 1, 2016, Magistrate Judge Freeman ordered *pro se* Plaintiff Willie Lee Stanley to show cause by March 31, 2016 why the court should not recommend that the case be dismissed, *sua sponte*, for failure to prosecute. (*See* Dkt. No. 16.) To date, Plaintiff has not responded to the Order to Show Cause.

        As a result, Judge Freeman issued a Report and Recommendation (the "Report") that this Court dismiss this action without prejudice and close the case. (Dkt. No. 17.) The Court has reviewed the Report.

        No party filed a timely objection to the Report; therefore the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Magistrate Judge Freeman's Report presents no such errors and is therefore fully adopted by this Court.

Accordingly, the action is hereby dismissed without prejudice.

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: October 11, 2016
       New York, New York

_____
J. PAUL OETKEN
United States District Judge

*COPY MAILED TO PRO SE PARTY BY CHAMBERS*